UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Smithway Motor Xpress, Inc., et al. ) | |
| ) | Case No.: 3:12cv1063 |
| v. ) | Judge Nixon |
| ) | |
| James A. Scott & Sons, Inc., et al. ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on February 8, 2013.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk